CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

American Bankers Association
_____
Plaintiff(s)

Civil Action No. 1:16-cv-02394-KBJ

vs.

National Credit Union Administration
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, __Lauren Moxley_____, hereby state that:

On the __6__ day of __January__, __2017__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Channing D. Phillips
United States Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

I have received the receipt for the certified mail, No. __7015 1520 0001 3148 9924__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __10__ day of __January__, __2017__.

I declare under penalty of perjury that the foregoing is true and correct.

__1/17/17_____                     __Lauren Moxley_____
(Date)                                                         (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Channing D. Phillips<br>United States Attorney for the District of Columbia<br>c/o Civil Process Clerk<br>United States Attorney's Office<br>555 Fourth Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2115 6132 5596 93 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 1520 0001 3148 9924 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #

9590 9402 2115 6132 5596 93

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

Robert A. Long Jr.
Covington & Burling LLP    8045
One City Center
850 Tenth Street, NW
Washington DC 20001

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL COV

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To Channing D. Philips, US Attorney DC
Street and Apt. No., or PO Box No. 555 Fourth Street NW
City, State, ZIP+4® Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions