CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

American Bankers Association
_____
Plaintiff(s)

Civil Action No. 1:16-cv-02394-KBJ

vs.

National Credit Union Administration
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Lauren Moxley, hereby state that:

On the 6 day of January, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

National Credit Union Administration, 1775 Duke Street Alexandria, VA 22314-3428

I have received the receipt for the certified mail, No. 7015 1520 0001 3148 9771 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 9 day of January, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

1/17/17
(Date)

Lauren Moxley
(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Credit Union Administration
1775 Duke Street
Alexandria, VA 22314-3428

9590 9402 2115 6132 5597 09

2. Article Number (Transfer from service label)

7015 1520 0001 3148 9771

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Andre Jackson
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 2115 6132 5597 09

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Robert A. Long Jr.           8045
Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington DC 20001

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL COV

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To National Credit Union Administration
Street and Apt. No., or PO Box No. 1775 Duke Street
City, State, ZIP+4® Alexandria, VA 22314-3428

7015 1520 0001 3148 9771

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions